HERMES AMUSEMENT CO., INC., Respondent, *v.* X AMUSE-
MENT CO., INC., Appellant.

*Landlord and tenant — lease — summary proceedings — dispossession
— when sublessee of premises mere tenant at will as to owner who
has gained possession of premises after default by its lessee.*

Hermes Amusement Co., Inc., v. X Amusement Co., Inc., 199 App.
Div. 916, affirmed.

(Argued April 19, 1922; decided May 9, 1922.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 4, 1921, which affirmed a
determination of the Appellate Term affirming an order
of the Municipal Court of the city of New York in
summary proceedings awarding possession of premises
to the plaintiff, landlord. The Ninth Avenue Railroad
Company was lessee of the premises in suit under a
long lease. By various mergers and agreements the
property of the Ninth Avenue Railroad Company came
into the possession of the New York Railways Company
which leased the premises in suit to defendant's assignors
for a term of twenty-one years. The New York Railways
Company having defaulted in its agreements, the Ninth
Avenue Company demanded and by suit secured the
return of its property and before the expiration of
defendant's term leased the premises to plaintiff, who,
claiming defendant was a tenant at will, instituted a
summary proceeding to dispossess the defendant after
serving upon it a thirty days' notice to quit.

*Nathan D. Stern* and *Julius J. Michael* for appellant.
*Michel Kirtland* and *Benjamin Rich* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE AND ANDREWS, JJ.